IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LAVOSKA OVERTON                                                  PLAINTIFF

VS.                                      CIVIL ACTION No.: 4:15-CV-188-GHD-JMV

HUMPHREYS COUNTY, MISSISSIPPI,                    DEFENDANTS
CLEVELAND ROSS, J. D. "BUBBA" ROSEMAN
(IN BOTH HIS OFFICIAL AND INDIVIDUAL
CAPACITIES), AND JOHN DOES 1-5

**NOTICE OF SERVICE OF DISCOVERY**

TO:    Ronald Earl Stutzman                   S. Craig Panter
        The Stutzman Law Firm, PLLC         Panter Law Firm, PLLC
        513 Keywood Circle                     P. O. Box 2310
        Flowood, Mississippi 39232            Madison, Mississippi 39130-2310

Attorneys for Plaintiff

Philip M. Levy                              Willie L. Bailey
Wilton V. Byars, III                      Bailey & Griffin
Daniel Coker Horton & Bell, PA       P. O. Box 189
P. O. Box 1396                            Greenville, Mississippi 38702-0189
Oxford, Mississippi 38655-1396

Attorneys for Humphreys County, Mississippi and J. D. "Bubba" Roseman

Notice is hereby given, pursuant to local rules, that Defendant Cleveland Ross has this date served in the above entitled action:

- Cleveland Ross's Responses to Plaintiff's First Set of Requests for Production of Documents

The undersigned retains the originals of the above papers as custodian thereof pursuant to local rules.

Dated this the 27th day of May, 2016.

                                              Respectfully submitted,

                                              CLEVELAND ROSS

                               BY:    /s/JOHN D. PRICE
                                                 JOHN D. PRICE

OF COUNSEL:

John D. Price (MSB #4495)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: (601) 968-5500; Fax: (601) 944-7738
Email: jdp@wisecarter.com

## CERTIFICATE OF SERVICE

I, John D. Price, do hereby certify that on this day, I have electronically filed the foregoing with the Clerk of the Court using the ECF system which sent such notification of such filing to the following:

Ronald Earl Stutzman
The Stutzman Law Firm, PLLC
513 Keywood Circle
Flowood, Mississippi 39232

S. Craig Panter
Panter Law Firm, PLLC
P. O. Box 2310
Madison, Mississippi 39130-2310

        Attorneys for Plaintiff

Philip M. Levy
Wilton V. Byars, III
Daniel Coker Horton & Bell, PA
P. O. Box 1396
Oxford, Mississippi 38655-1396

Willie L. Bailey
Bailey & Griffin
P. O. Box 189
Greenville, Mississippi 38702-0189

        Attorneys for Humphreys County, Mississippi and J. D. "Bubba" Roseman

Dated this the 27th day of May, 2016.

        BY:    /s/JOHN D. PRICE
                   JOHN D. PRICE

g:\work2\overton\pleadings\notice service discovery rpd may 27, 2016.docx